IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ORLANDO JOHNQUIL MCCRAE, | |
| Plaintiff, | Case No. 6:20-cv-02180-MK |
| v. | ORDER |
| C. LARNED, S. DIEHL, A. CHEREMNOV, L. BURGER, | |
| Defendants. | |

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 55), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 55) is adopted in full. The case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 23rd day of September, 2022.

1 –ORDER

/s/ Michael J. McShane

Michael J. McShane
United States District Judge

2 –ORDER